UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSH ZANDI, | ) |
| | ) |
| Plaintiff, | )   Case No.   1:10-cv-395-JVB |
| | ) |
| v. | ) |
| FORT WAYNE COMMUNITY | ) |
| SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Joshua Zandi, Plaintiff-Appellant, by counsel, herein files his Notice of Appeal in compliance with Rule 3 of the Federal Rules of Appellate Procedure and Circuit Rule 3, and sets forth the following:

1. The party taking the appeal is Josh Zandi, Plaintiff in the above named case, filed in the Northern District of Indiana, Fort Wayne Division.

2. The Plaintiff-Appellant Josh Zandi is appealing the Final Judgment, Opinion and Order of the Honorable Judge Joseph S. Van Bokkelen, of the United States District Court for the Northern District of Indiana, Hammond Division, which granted the Defendants' Motion for Summary Judgment. The Final Judgment, Opinion and Order was entered on September 27, 2012.

3. Plaintiff-Appellant, Josh Zandi, has filed with the Clerk of the District Court and has served upon all parties, a docketing statement in compliance with Circuit Rule 3(c)(1), which complies with Circuit Rule 28(a), simultaneously with this Notice of Appeal.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

S/Christopher C. Myers
Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:  cmyers@myers-law.com
          ismith@myers-law.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby swears and affirms that a true and correct copy of the above was deposited in the United States Mail, sent via ECF, or served by some other method approved by the Court on this 29th day of October, 2012 to:

Office of the Clerk
U.S. Court of Appeals, Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

Matthew J. Elliott, #21242-02
Beckman Lawson, LLP
201 West Wayne St.
Fort Wayne, Indiana 46802

S/Christopher C. Myers

IMS/nlo
S:\Holloway, Shane\Appeal\Notice of Appeal.docx